UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James D. Ingstad, Plaintiff, | Case No. 01-CV-1269 ADM/AJB |
| vs. | |
| Cumulus Broadcasting, Inc. Defendant. | **STIPULATION AND ORDER FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER AND COUNTERCLAIM OR OTHERWISE RESPOND BY MOTION TO THE COMPLAINT** |

## STIPULATION

By and through their undersigned counsel, Plaintiff James D. Ingstad ("Ingstad") and Defendant Cumulus Broadcasting, Inc. ("Cumulus") hereby stipulate as follows:

**WHEREAS**, this action was commenced on July 13, 2001, with respect to a certain dispute between Ingstad and Cumulus concerning a radio station operating in Faribault, Minnesota on Channel 298C2 (the "Station");

**WHEREAS**, Ingstad and Cumulus are also parties to an action pending in state court in Faribault, Minnesota, entitled *Dan Peters v. James D. Ingstad and Cumulus Broadcasting, Inc.*, File No. C5-01-492 (District Court, Third Judicial District, Rice County) (the "State Court Action"), which action involves related disputes concerning the State Court Action; and

**WHEREAS**, Ingstad and Cumulus wish to extend the date for Cumulus to answer and counterclaim or otherwise respond by motion to the Complaint pending certain proceedings in the State Court Action;

SEP 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**THEREFORE**, unless further stipulated or ordered by the Court, Cumulus shall have until October 15, 2001 to answer and counterclaim or otherwise respond by motion to the Complaint.

Dated: 8/23/2001

DORSEY & WHITNEY LLP

By [signature]
Todd E Zimmerman (#213950)
Sarah Andrews Herman
51 Broadway, Suite 402
P.O. Box 1344
Fargo, North Dakota 58107-1344
(701) 235-6000

ATTORNEYS FOR PLAINTIFF
JAMES D. INGSTAD

Dated: 8/24/2001

BRIGGS AND MORGAN, P.A.

By [signature]
J. Patrick McDavitt (#70014)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 334-8400

ATTORNEYS FOR DEFENDANT
CUMULUS BROADCASTING, INC.

**ORDER**

**IT IS SO ORDERED** this 5th day of ~~August~~ Sept, 2001.

[signature]
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500