UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James D. Ingstad,<br><br>Plaintiff,<br><br>vs.<br><br>Cumulus Broadcasting, Inc.<br><br>Defendant. | Case No. 01-CV-1269 ADM/AJB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby agreed and stipulated to, by and between the parties, through their respective undersigned attorneys of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-referenced action shall be dismissed with prejudice, but without an award of costs, disbursements, or expenses to any party.

Dated: October 17, 2001.

DORSEY & WHITNEY LLP

By [signature]
Todd E. Zimmerman #0213950
Dakota Center
51 North Broadway, Suite 402
PO Box 1344
Fargo, ND 58107-1344
Telephone: (701) 235-6000
Attorneys for Plaintiff James D. Ingstad

OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 19, 2001

BRIGGS AND MORGAN

By [signature]
J. Patrick McDavitt (#70014)
2400 IDS Center
Minneapolis, MN 55402
Telephone: (612) 334-8400

Of Counsel:

JONES, DAY, REAVIS & POGUE
G. Lee Garrett, Jr.
Joseph E. Finley
Robert D. Alexander
3500 Sun Trust Plaza
30 Peachtree Street N.E.
Atlanta, GA 30308-3242
Telephone: (404) 521-3939
Attorneys for Defendant Cumulus Broadcasting, Inc.

**ORDER**

Based upon the foregoing Stipulation entered into by and among the parties, it is hereby ordered that the above-referenced action is and shall be dismissed with prejudice, but without an award of costs, disbursements, or expenses to any party.

LET JUDGMENT BE ENTERED FORTHWITH ACCORDINGLY.

Dated: October 29, 2001

BY THE COURT:

[signature]
Judge of U.S. District Court
Ann D. Montgomery